UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES, ) | ) |
| Plaintiff, ) | ) 1:03 cr 5393 REC |
| vs ) | ) ORDER REASSIGNING CASE |
| EUGENE JOSEPH KOZIOL, ) | ) **NEW CASE # 1:03 cr 5393 AWI** |
| Defendant. ) | ) |

IT IS HEREBY ORDERED that the above-entitled action be reassigned from the docket of Judge ROBERT E. COYLE to the docket of Judge ANTHONY W. ISHII.

Dated:   April 21, 2005        /s/ ROBERT E. COYLE_____
                               ROBERT E. COYLE
                               United States District Judge


Jury Trial is to remain as set on May 3, 2005.  Jury Trial will be held in Courtroom 3 beginning at 8:30  May 3, 2005.


**ALL FUTURE PLEADINGS SHOULD BE NUMBERED AS FOLLOWS:**

**1:03 cr 5393 AWI**