QUIN DENVIR, Bar #49374
Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EUGENE JOSEPH KOZIOL

FILED

MAY - 4 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EUGENE JOSEPH KOZIOL, <br><br> Defendant. | No. 1:03cr5393 AWI <br><br> SEALING ORDER |

The Court hereby orders that the Order For Examination Pursuant to Title 18 U.S.C. § 4241 – Mental Competency of Defendant in the above referenced case, shall be sealed until further order of the Court.

IT IS SO ORDERED.

Dated: _May 5_, 2005

_____
ANTHONY W. ISHII
United States District Judge