```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  ROBERT W. RAINWATER, Bar #67212
    Assistant Federal Defender
 3  2300 Tulare Street, Suite 330
    Fresno, California  93721-2226
 4  Telephone: (559) 487-5561

 5  Attorney for Defendant
    EUGENE JOSEPH KOZIOL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. F-03-5393 AWI |
| Plaintiff, ) | |
| v. ) | STIPULATION TO CONTINUE TRIAL DATE, AND ORDER THEREON |
| EUGENE JOSEPH KOZIOL, ) | |
| Defendant. ) | Date:  November 15, 2005<br>Time:  9:00 a.m.<br>Judge: Honorable Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the jury trial in the above entitled matter now set for November 8, 2005, may be continued to **November 15, 2005, at 9:00 a.m.**

The reason for this continuance is because counsel for defendant will be out of the country.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. § 3161(h))(8)(B)(iv).

///

///

///

///

|  |  |  |
|---|---|---|
|  |  | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: July 27, 2005 | By: | /s/ Jonathan B. Conklin<br>JONATHAN B. CONKLIN<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
|  |  | QUIN DENVIR<br>Federal Public Defender |
| DATED: July 27, 2005 | By: | /s/ Robert W. Rainwater<br>ROBERT W. RAINWATER<br>Assistant Federal Defender<br>Attorney for Defendant<br>Eugene Joseph Koziol |

**ORDER**

IT IS SO ORDERED.

**Dated:   July 28, 2005**               /s/ **Anthony W. Ishii**
0m8i78                    UNITED STATES DISTRICT JUDGE