UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

PRETRIAL SERVICES VIOLATION PETITION

FILED

2005 AUG 19 P 2: 09

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____

The United States,

-vs-

**Eugene Joseph Koziol**                                    Docket No. 1:03-CR-5393 AWI

**COMES NOW** <u>Dan Stark</u>, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of <u>Eugene Joseph Koziol</u>, who was placed on bond by the Honorable Gregory G. Hollows, sitting in the Court at <u>Sacramento, California</u>, on the <u>7th</u> day of <u>May 2004</u>, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** False Claims and Aiding and Abetting

**BOND CONDITIONS:** <u>Please see attached.</u>

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant failed to obey all laws while on pretrial supervision in that he is charged in Plumas County, California, with building code violations and was taken into custody in Plums County on August 19, 2005.

**PRAYING THAT THE COURT WILL ORDER** that a no-bail bench warrant be issued for the defendant's arrest.

**LAST KNOWN ADDRESS:** 585 Sugarpine Lane, Blairsden, California 96103

**TELEPHONE NUMBER:** (530) 518-7047

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 19, 2005.

Respectfully submitted,

Pretrial Services Officer
DATE: August 19, 2005

_____ **ORDER** _____

**X** The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ __No Bail__.

____ The Court hereby orders this ex parte motion and order be sealed.

____ The Court orders a summons be issued with an appearance date of _____.

____ The Court hereby orders this matter placed on this court's calendar on _____, at _____ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

____ The Court orders no action be taken.

Considered and ordered this 19th day of Aug., 2005, and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge   SM SNYDER