**FILED**
August 24, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                         )<br>            Plaintiff,                       )<br>v.                                                   )<br>                                                         )<br>EUGENE JOSEPH KOZIOL,          )<br>                                                         )<br>            Defendant.                    ) | Case No. CR S-03-5393 AWI<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  EUGENE JOSEPH KOZIOL , Case No.  CR S-03-5393 AWI , Charge  18 USC § 3148 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    **X**    Release on Personal Recognizance  Only on the Bail Violation Petition.

    ___    Bail Posted in the Sum of $_____

        ___    Unsecured Appearance Bond $_____

        ___    Appearance Bond with 10% Deposit

        ___    Appearance Bond with Surety

        ___    Corporate Surety Bail Bond

        **X**    (Other)  Pretrial Supervision & conditions still governing in the underlying criminal case.

Issued at  Sacramento, CA  on  August 24, 2005  at  3:15 p.m.  .

By  _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal