**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-03-5393-AWI |
| | ) | |
| Plaintiff, | ) | **ORDER STRIKING AND** |
| | ) | **ORDER TO RETURN** |
| v. | ) | **STRICKEN DOCUMENT** |
| | ) | **FILED BY EUGENE KOZIOL** |
| **EUGENE KOZIOL,** | ) | |
| | ) | (Document No. 64) |
| Defendant. | ) | |
| | ) | |

      On September 12, 2005, a hearing was held on alleged violations of Defendant's conditions of release. In the course of the hearing, defense counsel moved to strike a document that had been filed by Defendant Koziol independently of his counsel. The Court granted defense counsel's motion to strike and stated that the document was to be returned to Defendant. The stricken document is entitled "Notice for Judicial Notice of Unpublished Code Title," was filed on September 8, 2005, and is document number 64 on the Court's docket of this case.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    Document Number 64 is STRICKEN from the record; and

      2.    The Clerk return Document Number 64 to Defendant.

IT IS SO ORDERED.

**Dated:**    **September 13, 2005**             **/s/ Anthony W. Ishii**
0m8i78                                            UNITED STATES DISTRICT JUDGE