UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff ) <br> ) <br> vs ) <br> ) <br> EUGENE KOZIAL ) <br> ) <br> Defendant ) <br> _____ ) | CR-F-03-5393-AWI <br><br> ORDER REASSIGNING CASE <br><br> FILED <br> 005 NOV -2 A 9: 17 <br> CLERK, US DIST COURT <br> ... CALIF |

IT IS HEREBY ORDERED that the above-entitled action be reassigned from the docket of Judge ANTHONY W. ISHII to the docket of Judge GARLAND E. BURRELL.

The trial remains as set on November 15, 2005 at 8:30 a.m. in Courtroom 1 in Fresno.

DATED: 11-2-05

ANTHONY W. ISHII
United States District Judge

# ALL FUTURE PLEADINGS SHALL BE NUMBERED AS FOLLOWS:
# CR-F-03-5393-GEB