IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 1:03-cr-5393-GEB |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER REASSIGNING CASE |
| ) | |
| EUGENE J. KOZIOL, ) | |
| ) | |
| Defendant. ) | |

   The above-entitled action is reassigned from the docket of Judge GARLAND E. BURRELL, JR., to the docket of Judge OLIVER W. WANGER.  All future pleadings shall be numbered as follows: 1:03-cr-5393-OWW.

   The trial is rescheduled for commencement on November 17, 2005, at 1:00 p.m. in Courtroom 2 in Fresno.

Dated:  November 14, 2005

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge

1