UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | CR F-03-5393 OWW |
| | ) | |
| v. | ) | |
| | ) | |
| EUGENE JOSEPH KOZIOL, | ) | |
| | ) | |
| Defendant | ) | ORDER STRIKING DOCUMENT |
| _____ | ) | |

The document filed on November 17, 2005 entitled "Notice of Tender of Bond #110504 For Settlement and Closure" is ordered stricken, but shall remain in the file as a "Received" document.

Dated: November 22, 2005         /s/ OLIVER W. WANGER
                                 _____
                                 OLIVER W. WANGER
                                 United States District Judge

1