DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EUGENE JOSEPH KOZIOL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EUGENE JOSEPH KOZIOL, ) <br> ) <br> Defendant. ) <br> ) | NO. 1:03-cr-5393 OWW <br><br> STIPULATION CONTINUING SENTENCING HEARING , AND ORDER THEREON <br><br> Date:   May 22, 2006 <br> Time:  3:00 p.m. <br> Judge: Honorable Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above entitled matter now set for April 24, 2006, **may be continued to May 22, 2006, at 3:00 p.m.**

The reason for this continuance is to allow counsel for defendant time for further preparation.

The parties agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and § 3161(h)(8)(B)(iv).

///

///

///

///

Stipulation and Order - Koziol

```
                                          McGREGOR W. SCOTT
                                          United States Attorney

DATED: April 4, 2006            By:    /s/ Stanley A. Boone
                                       STANLEY A. BOONE
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff


                                       DANIEL J. BRODERICK
                                       Acting Federal Public Defender

DATED: April 4, 2006            By:    /s/ Robert W. Rainwater
                                       ROBERT W. RAINWATER
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       Eugene Joseph Koziol
```

## ORDER

IT IS SO ORDERED.

**Dated:   April 6, 2006**            **/s/ Oliver W. Wanger**
emm0d6                                UNITED STATES DISTRICT JUDGE