McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 01: 03-CR-5393 OWW |
| | ) | |
| Plaintiff, | ) | ORDER DECLARING REVOCATION AND |
| | ) | FORFEITURE OF BOND |
| v. | ) | |
| | ) | |
| EUGENE JOSEPH KOZIEL, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant having violated the conditions of his release, and his current whereabouts are unknown,

IT IS HEREBY ORDERED that the appearance bond on the above-named defendant is revoked and ordered forfeit. The U.S. Attorney shall take all necessary steps in regard to forfeiture of the monies posted with the Court to secure the bond.

IT IS SO ORDERED.

**Dated:   July 15, 2006**            /s/ Oliver W. Wanger
emm0d6                        UNITED STATES DISTRICT JUDGE