LAW OFFICE OF KIANA SLOAN-HILLIER
Kiana Sloan-Hillier, Esq., SBN 209887
1901 Ave of the Stars
Suite 615
Los Angeles, CA 90067
Tel: 310/556-1911
Fax: 310/391-1377
kianahillier@yahoo.com

Attorney For Defendant Eugene Koziol

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:03-cr-05393-OWW |
| Plaintiff, | ) ORDER VACATING THE JULY 15, 2006, *ORDER DECLARING REVOCATION AND FORFEITURE*, AND ORDER TO RECONVEY THE PROPERTY LOCATED AT 585 SUGARPINE LANE TO FREDDY A. KOZIOL |
| v. | |
| EUGENE KOZIOL, | |
| Defendant. | |

Good Cause having been shown by the Unopposed Ex Parte Application of defendant's counsel, Kiana Sloan-Hillier, it is hereby Ordered that the *Order Declaring Revocation and Forfeiture of Bond* signed by the Court on July 15, 2006, be vacated. The Clerk of the Court is Ordered to reconvey the real property located at **585 Sugarpine Lane [receipt number 100 199893 and deed number 2004-0007112]** - placed as surety for the defendant's release on bond, be reconveyed to the defendant's wife, Freddy A. Koziol.

Dated: 11-2-07

Honorable Oliver W. Wanger
District Court Judge
Eastern District of California