1  LAW OFFICE OF KIANA SLOAN-HILLIER
   Kiana Sloan-Hillier, Esq., SBN 209887
2  1901 Ave of the Stars
   Suite 615
3  Los Angeles, CA 90067
   Tel: 310/556-1911
4  Fax: 310/391-1377
   kianahillier@yahoo.com
5
   Attorney For Defendant Eugene Koziol
6

7
                UNITED STATES DISTRICT COURT
8
                EASTERN DISTRICT OF CALIFORNIA
9

10

11  UNITED STATES OF AMERICA,        ) 1:03-cr-05393-OWW
                                     )
12              Plaintiff,           ) **AMENDED** ORDER VACATING
                                     ) THE JULY 15, 2006, *ORDER*
13      v.                           ) *DECLARING REVOCATION AND*
                                     ) *FORFEITURE*, AND ORDER TO
14  EUGENE KOZIOL,                   ) RECONVEY THE PROPERTY
                                     ) LOCATED AT 585 SUGARPINE
15              Defendant.           ) LANE TO FREDDY A. KOZIOL
                                     )
16  _____  )

17      Good Cause having been shown by the Unopposed Ex Parte Application of

18  defendant's counsel, Kiana Sloan-Hillier, it is hereby Ordered that the *Order*

19  *Declaring Revocation and Forfeiture of Bond* signed by the Court on July 15, 2006,

20  be vacated.  The Clerk of the Court is Ordered to reconvey the real property located

21  at **585 Sugarpine Lane [receipt number 100-199948 and deed number 2004-**

22  **0007112]** - placed as surety for the defendant's release on bond, be reconveyed to the

23  defendant's wife, Freddy A. Koziol.

24
25  Dated: 11-7-07                    _____
26                                    Honorable Oliver W. Wanger
                                      District Court Judge
27                                    Eastern District of California

28