1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              Case No.  1:03-cr-05393-DAD

12                 Plaintiff,

13         v.                               ORDER GRANTING STIPULATION TO
                                            RECONVEY PROPERTY
14   EUGENE JOSEPH KOZIOL,
                                            (Doc. 126)
15                 Defendant.

16

17         The court has reviewed and considered the stipulation of the parties (Doc. 126) to

18   reconvey property in this case.  Good cause having been shown, bond is exonerated and the Clerk

19   of the Court is directed to reconvey to the defendant's wife, Freddy Ann Koziol, the real property,

20   which was posted with the court to secure the defendant's release on bond, located in Blairsden,

21   CA and described by the parties as "(Deed in Vault) receipt#: 100 199893, deed#: 2004-0006419.

22   (Entered: 07/19/2004)."  The court's financial department is directed to contact attorney Kiana

23   Sloan-Hillier, counsel for defendant Eugene Koziol, to obtain Ms. Koziol's current address with

24   respect to the reconveyance.

25   IT IS SO ORDERED.

26      Dated:   __April 4, 2018__            _____
                                             UNITED STATES DISTRICT JUDGE
27

28

                                            1